IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re:**
**MEGAN LYNNE BROWN CRAMER**                            Case No.09-14939 -RGM
        **Debtor.**                                                              Chapter 7

_____

## NOTICE OF MOTION

      Frank E. Brown, Jr., & Wendy E. Brown, have filed papers with the court to examine the debtor, Megan Lynne Brown Cramer, and the company of which the debtor was that company's debtor designee pursuant to Bankr.Rule 2004, 2004-1.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five days from receipt of this notice (LR 2004-1), you or your attorney must:

- ❏ Send to the parties listed below at least 15 days written notice of a hearing, which may be set on any regularly scheduled motions day of the judge assigned to the case. If necessary, you may obtain a list of such dates by telephone from the clerk's office. The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk. If you are not represented by an attorney, you may instead file with the clerk a written request for hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address of the clerk's office is as follows:

                Clerk of Court
                United States Bankruptcy Court
                200 S. Washington Street
                Alexandria, Virginia  22314

      You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed blow.

- ✓ File with the court at the address shown above a written response with a supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your request

for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

- ✓ Attend the hearing scheduled to be held on **October 13, 2009 at 10 a.m. in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia  22314**.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

- ✓ A copy of any written response must be mailed to the following persons:

    - ✓ William M. Cusmano
      William M. Cusmano, P.C.
      2000 N 14th St, #210
      Arlington, VA  22201

    - ✓ Daniel Lee Grubb, Esq.
      Thomas Mansfield Dunlap, Esq.
      Dunlap, Grubb & Weaver, PLLC
      199 Liberty St, SW
      Leesburg, VA  20175

    - ✓ United States Trustee, Region 4
      Office of the US Trustee
      115 S. Union St, #210
      Alexandria, VA  22314

    - ✓ Robert Ogden Tyler, Esq.
      Tyler, Bartl, Ramsdell & Counts, P.L.C.
      700 South Washington Street, Suite 216
      Alexandria, VA  22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

Date:  September 17, 2009

Signature, name, address and telephone number of person giving notice:
/s/ William M. Cusmano
William M. Cusmano, Va Bar #26713
William M. Cusmano, P.C.
2000 N 14th St, #210
Arlington, VA  22201
703-527-1775
703-524-7610 (facsimile)
wcusmano@aol.com
Counsel for Thompson

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon the below by placing a copy thereof, first class postage prepaid, and/or electronically this 17th day of September, 2009.

    Daniel Lee Grubb, Esq.
    Thomas Mansfield Dunlap, Esq.
    Phillip C. Chang, Esq.
    Dunlap, Grubb & Weaver, PLLC
    199 Liberty St, SW
    Leesburg, VA  20175

    Megan Lynne Brown Cramer
    P.O. Box 592
    Middleburg, VA  20118

    Megan Lynn Brown Cramer
    MLBC, LLC
    P.O. Box 336
    Middleburg, VA  22102

    United States Trustee, Region 4
    Office of the US Trustee
    115 S. Union St, #210
    Alexandria, VA  22314

    Robert Ogden Tyler, Esq.
    Tyler, Bartl, Ramsdell & Counts, P.L.C.
    700 South Washington Street, Suite 216
    Alexandria, VA  22314

    Kevin R. McCarthy, Esq.
    1751 Pinnacle Drive, Suite 1115
    McLean, VA  22102

    /s/ William M. Cusmano
    William M. Cusmano