IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MEGAN LYNN BROWN CRAMER,** | ) | CA No. 09-14939-RGM |
| | ) | |
| Debtor; | ) | Chapter 7 |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Dunlap, Grubb & Weaver, PLLC ("DGW"), attorneys for the debtor, Megan Cramer ("Debtor"), in the above-captioned Chapter 7 bankruptcy case and hereby files this Motion to Withdraw as Counsel, pursuant to Local Rule 2090-1, and in support thereof respectfully states as follows:

1. The Debtor retained DGW to represent her in the above-captioned chapter 7 proceedings.

2. The Debtor's retainer agreement with DGW expressly excludes representation on any issue outside of the filed petition and the first meeting of the creditors.

3. The Debtor has been given ample notice of the scope of DGW's representation.

4. The Debtor has been advised to retain DGW or other counsel to represent her regarding the Motion to enlarge the time to object to the Debtor's discharge.

Thomas M. Dunlap VSB # 44016
Phillip C. Chang VSB # 75741
DUNLAP, GRUBB & WEAVER PLLC
199 Liberty St, SW
Leesburg, Virginia 20175
(703) 777-7319 (Telephone)
(703) 777-3656 (Facsimile)
tdunlap@dglegal.com
Counsel for Debtor

5. The Debtor has been informed of the risks and consequences of proceeding *pro se* in this matter.

6. The Debtor has declined to retain DGW to represent her in the matter previously mentioned in paragraph four.

7. DGW respectfully moves the Court to allow it to withdraw as counsel to the Debtor in the above-referenced matter. DGW respectfully requests that Court order the Clerk of Court remove its name, and the names of all attorneys associated with DGW, from the Court's docket(s) for any further proceedings in this case.

WHEREFORE, the Debtor and DGW hereby notify the Court and all parties in interest of the scope of the DGW's representation in this matter.

WHEREFORE, Dunlap, Grubb & Weaver, PLLC, respectfully requests that the Court grant its Motion to Withdraw as Counsel, and that it direct the Clerk of Court remove its name, and the names of all attorneys associated with DGW from the Court's docket(s) for the any further proceedings in this case.

Dated this 22nd day of September, 2009.

Respectfully Submitted,

MEGAN LYNNE BROWN CRAMER, Debtor,
and
DUNLAP, GRUBB & WEAVER PLLC


/s/  Phillip C. Chang
Thomas M. Dunlap VSB # 44016
Phillip C. Chang VSB #75741
DUNLAP, GRUBB & WEAVER PLLC
199 Liberty St, SW
Leesburg, Virginia 20175
(703) 777-7319 (Telephone)
(703) 777-3656 (Facsimile)
tdunlap@dglegal.com
Counsel for Debtor in Chapter 7

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 22nd day of September, 2009, I will cause a copy of the foregoing Motion to be mailed to the debtor, United States Trustee, and the creditors and parties in interest, via ECF as registered and via US Mail to the parties on the creditor's matrix.

                                               /s/     Phillip C. Chang
                                             Phillip C. Chang

Thomas M. Dunlap VSB # 44016
Phillip C. Chang VSB # 75741
DUNLAP, GRUBB & WEAVER PLLC
199 Liberty St, SW
Leesburg, Virginia 20175
(703) 777-7319 (Telephone)
(703) 777-3656 (Facsimile)
tdunlap@dglegal.com
Counsel for Debtor