# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MEGAN LYNN BROWN CRAMER,** | ) | **CA No. 09-14939-RGM** |
| | ) | |
| Debtor; | ) | Chapter 7 |
| | ) | |

## NOTICE OF MOTION/OPPORTUNITY FOR HEARING

**YOU ARE HEREBY NOTIFIED** that counsel for the Debtor has filed a Motion to Withdraw as Counsel. If you object to this Motion, you or your counsel must file written objections with the court and serve copies on the undersigned counsel within **ten days**. If a response or objection is filed, then the hearing set by the Debtor will be held on **October 13, 2009**, at **10:00 a.m.** in **Courtroom III**.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought, then on or before **October 2, 2009**, you or your attorney must:

■ File with the United States Bankruptcy Court for the Eastern District of Virginia Alexandria Division, 200 South Washington Street, P.O. Box 19247, Alexandria, Virginia 22320-9247, a written response with supporting memorandum as required by

Thomas M. Dunlap VSB # 44016
Phillip C. Chang VSB # 75741
DUNLAP, GRUBB & WEAVER PLLC
199 Liberty St, SW
Leesburg, Virginia 20175
(703) 777-7319 (Telephone)
(703) 777-3656 (Facsimile)
tdunlap@dglegal.com

Local Bankruptcy Rules 4001(a)-1(C) and 9013-1(H).  **Under Local Bankruptcy Rule 9013-1, unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue orders granting the requested relief without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

■	Attend the hearing on October 13, at 10:00 a.m. in Courtroom III.

■	Send a copy of any written response to the following persons:

Robert Ogden Tyler, Esq.  
Tyler, Bartl, Ramsdell & Counts, PLC  
700 S. Washington Street  
Suite 216  
Alexandria, Virginia 22314

Thomas M. Dunlap  
DUNLAP, GRUBB & WEAVER, PLLC  
199 Liberty St, SW  
Leesburg, VA 20175-2715

Megan Lynne Brown Cramer  
P.O. Box 592  
Middleburg, VA 20118

If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and enter an order granting that relief.

Dated this 22nd day of September, 2009.

       Respectfully Submitted,

       MEGAN LYNNE BROWN CRAMER
       and
       DUNLAP, GRUBB & WEAVER PLLC


       /s/  Phillip C. Chang
       Thomas M. Dunlap VSB #44016
       Phillip C. Chang VSB #75741
       DUNLAP, GRUBB & WEAVER PLLC
       199 Liberty St, SW
       Leesburg, Virginia 20175
       (703) 777-7319 (Telephone)
       (703) 777-3656 (Facsimile)
       tdunlap@dglegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 22nd day of September, 2009, I will cause a copy of the foregoing Notice to be mailed to the debtor, United States Trustee, and the creditors and parties in interest, via ECF as registered and via US Mail to the parties on the creditor's matrix.

                                          /s/     Phillip C. Chang
                                          Phillip C. Chang

Thomas M. Dunlap VSB # 44016
Phillip C. Chang VSB # 75741
DUNLAP, GRUBB & WEAVER PLLC
199 Liberty St, SW
Leesburg, Virginia 20175
(703) 777-7319 (Telephone)
(703) 777-3656 (Facsimile)
tdunlap@dglegal.com