**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In re:**  ) | |
| ) | |
| **MEGAN LYNN BROWN CRAMER,**  ) | **CA No. 09-14939-RGM** |
| ) | |
| Debtor.  ) | **Chapter 7** |
| ) | |

## NOTICE OF WITHDRAWAL OF MOTION / NOTICE OF CANCELLATION OF HEARING

Debtor's counsel has filed a Motion to Withdraw as Counsel (Docket No. 19), which was set for hearing on October 13, 2009, at 10:00 a.m. in Courtroom III.  As a result of the Debtor having retained the Firm to represent her in the instant post-petition matters, the undersigned counsel hereby withdraws their Motion to Withdraw as Counsel.  The Debtor and the undersigned counsel respectfully request that the Court remove this item from its October 13, 2009 docket.

Dated this 6th day of October, 2009.

Respectfully Submitted,

MEGAN LYNNE BROWN CRAMER
and
DUNLAP, GRUBB & WEAVER PLLC


/s/     David Ludwig
Thomas M. Dunlap, VSB #44016
David Ludwig, VSB #73157
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, Virginia 20175
(703) 777-7319 (Telephone)
(703) 777-3656 (Facsimile)
dludwig@dglegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of October, 2009, I will cause a copy of the foregoing Notice to be mailed to the debtor, United States Trustee, and the creditors and parties in interest, via ECF as registered and via US Mail to the parties on the creditor's matrix.

/s/     David Ludwig_____
David Ludwig