# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### _____ Division

In re:

                                           Case No.

                                           Chapter

     Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

       A Discharge of Debtor(s) was entered on the docket on _____.
The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

       **ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date: _____

                                  _____
                                  United States Bankruptcy Judge

                                  NOTICE OF JUDGMENT OR ORDER
                                  ENTERED ON DOCKET: _____